IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DANA M. PALMER,     \*

    Plaintiff,     \*

v.     Case No. 1:25-CV-34(WLS)

    \*

AIJALON FORD, et al,     \*

    Defendants.     \*

## **J U D G M E N T**

Pursuant to this Court's Order dated August 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of August, 2025.

    David W. Bunt, Clerk

    s/ William C. Lawrence, Deputy Clerk